**Exhibit A to the Complaint**

**Location:** Austin, TX

**Total Works Infringed:** 59

**IP Address:** 162.202.200.149

**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: DB62E40C2955C3F1CA423B86FC0488F726C2335F<br>File Hash: 5E77791CA69E8D411E98B26FAB96CF8505CC66AE74C42FD899695FD22BDB5A12 | 12/12/2020 01:15:09 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 2 | Info Hash: BDF82178BBE38FCF4A50D74C67C73973CD69EF23<br>File Hash: 7F22DA1D6DA60BB321C084139E1FCFBFFAB5217515194D1BC4FC52AC899D3620 | 12/11/2020 23:46:59 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 3 | Info Hash: AE19B717CF7789D50D0A22DAE302DBB71DDA8845<br>File Hash: A33309ED461D4CD9D53A81CFFD754FC273A96416CA50CC8990A5290E8B90C97F | 12/06/2020 16:51:30 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 4 | Info Hash: 846FFB3D503D8181207FB22BFABE31DE5A06E6F1<br>File Hash: 67C1B5EB549DCBE65899347812A08CC2663794A0CA5F18BEF3CC7AA0556649F1 | 12/01/2020 13:24:32 | Blacked | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 5 | Info Hash: 12B83DADF27DCD5CF08AA4227CE9B8B80ABFE2A2<br>File Hash: EBAD6F5A240703EB44B755A9345B7BEC1D7002C328CC850BB65207DFC184DDE3 | 10/27/2020 01:24:55 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 6 | Info Hash: 05FC443BCCF844BDAE6F0A203C802D0DC75EA9FC<br>File Hash: 250D667E055961E011A284E44247C15471F732169215852A4AF8523CBD803486 | 10/27/2020 01:18:35 | Tushy | 06/14/2020 | 06/25/2020 | PA0002255507 |
| 7 | Info Hash: 998DE0C4176894B36631D6A39BA6375A9E83C2FC<br>File Hash: FB164F8EE76241ACF81281898B422D9AAB38109B7068E3518D7B26F3AC6687BB | 10/27/2020 00:58:22 | Vixen | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 8 | Info Hash: 70E290BA761A02F954B46C202A914AF2EBA424A0<br>File Hash: 4DE4E1DE98D652627ADEEA7C33F67F8B4602B868ED5754F0AA823CA7FE03BB96 | 10/05/2020 16:51:12 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: FECD3CCD086C37EEB48BFFBDD535FAE85BC0FA92<br>File Hash: 34E9362340A0525EE9FD2683F4C942C7C028193AA5AC968E9D2DF80AA8B7273E | 08/24/2020 17:30:25 | Blacked | 08/01/2020 | 08/11/2020 | PA0002252255 |
| 10 | Info Hash: C422B5A51FDCCA3AF8EE933ACC0B4E7648B6A4BA<br>File Hash: CA496CE59F2203BD26ADBC196B8C3764225AFB30AD840E8F38CE84B92DDE8F83 | 08/24/2020 17:04:38 | Vixen | 07/17/2020 | 08/11/2020 | PA0002252259 |
| 11 | Info Hash: E4E73AED989807C7765BE7C156F4C3233AEF1385<br>File Hash: BA0C23EC21B6A31762D5E247BFA076D02119DB85DB12C584BBE3B845BE051E07 | 08/24/2020 16:21:56 | Tushy | 08/23/2020 | 09/05/2020 | PA0002255481 |
| 12 | Info Hash: 829AC1943B47A95E000DD9517AC52146FCC25A5F<br>File Hash: 2A8AFA459DAF74EE384B61604475D662986AEFE89360E21BD3C1C4D9C927F1CD | 05/14/2020 20:58:27 | Vixen | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 13 | Info Hash: D121DFA499CA673977D7D111E3F0F4D873EF28E9<br>File Hash: E6ADB40796CC6534D5331E6C18C58D17028F7623A811FFA291C06DDE5D8354BA | 04/17/2020 21:08:16 | Tushy | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 14 | Info Hash: 9C824A2D4EB747339F1B9E2E83479104BE703703<br>File Hash: 25127A789B678AAB59D72E0FEB5A324E362411CA5DFD19CB9943B06345C6B3A5 | 04/17/2020 20:43:34 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 15 | Info Hash: A1116BE2B18C555A87C9C7F10F2A9993547AB7E8<br>File Hash: 5546CBB98784C49BFA005C7ECF8547318C7616531BD782ECD70EBB526FC2BD69 | 04/17/2020 20:43:10 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 16 | Info Hash: FE1330395B6CB1E7D7523CA1068F41219FFC9270<br>File Hash: 5AAFF4EF145AA9F5F83CFA07F345F3EAC2F7C14222F0059B85E58381C1F77F66 | 04/13/2020 16:28:58 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 17 | Info Hash: C999947F25FF44CF259F10E72241D6F0339D6C8B<br>File Hash: B7CB6CC7FF15FA4384B542CD99F6B959AB801EC9EE415EE142AC4C01C4D4EE47 | 03/30/2020 16:45:30 | Blacked | 06/24/2019 | 07/17/2019 | PA0002188313 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 31CABAB5CE1ABE7B23DE9F90FB6B352B4029FB43<br>File Hash: 86D0720ECBFD52F753D1AC6D67D9862C31A76E24FD45DC193545976999C5050E | 03/30/2020 16:45:24 | Tushy | 05/01/2019 | 07/05/2019 | PA0002206375 |
| 19 | Info Hash: 0375A9CC6F696CF14E34696CAE9EF334733741E8<br>File Hash: 1C99FE6D021C575065CC1B5D4E76375B08A2CA860933F776EC1CBDB22FBC1D2D | 03/28/2020 01:17:32 | Blacked | 03/21/2020 | 04/15/2020 | PA0002246170 |
| 20 | Info Hash: 84E3BECE3CADAE5C5DE913EEBC5F353240357A56<br>File Hash: A27BD0DC662A8E494AD2DF17811179E86B6B9837BA8D162AEAE0C027D35B8BA2 | 03/28/2020 00:23:42 | Vixen | 12/10/2019 | 01/03/2020 | PA0002233429 |
| 21 | Info Hash: B071CD0DD8D8C3104E124CAD387BECC6BB3E273F<br>File Hash: AA0BC4C6FE7CD9AC6903EFE7DB520E0D4365147E432EF97207A53D67375A920A | 03/27/2020 19:24:00 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 22 | Info Hash: B6133D62C32718765A543D80F977E86A6F8FF5F1<br>File Hash: 0CE18F3771AA0DA66931D137524129428B936FA9EEC87EE58B036DC6E4B34E95 | 03/27/2020 19:18:09 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 23 | Info Hash: 476E3FCFB4524984E49DD1F39430AE41906240C2<br>File Hash: 834F8CC547969E6D74E71C8E2618B5179EDD19A9D83856E87770170049640070 | 03/27/2020 18:48:40 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 24 | Info Hash: F9B1C1D66AED353AE45C3DB37B2DCEA70E3E7649<br>File Hash: 55B79140DAC0943B0950CCB4FDA2EEBA6CF3EAE421B990BA2CA97A24DD3E3490 | 03/27/2020 18:34:47 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 25 | Info Hash: FB672E815A9FEA2A5E75AB12CF8D0C070F88F203<br>File Hash: 4533A2D00026774EA08D15C910F8939DF7CFE778FCC019BE146C06FF19256D85 | 03/27/2020 18:33:52 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 26 | Info Hash: 62262C61602C01235FC02017D912EEDBFD38EA22<br>File Hash: 1C6FC204BE9AA10C317FC0FD0B94007D7B64DD4EA36AE0067FB0BEE7F0070AB1 | 03/27/2020 18:18:44 | Vixen | 09/01/2018 | 11/01/2018 | PA0002143431 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: F2F1D363DB5FAAF52E0991EC8D44300307CF976C<br>File Hash: 383A0519E7F87F67E48BEE1637A2B65FCA49D2D93D26DBBF8F741D6981EFE163 | 03/27/2020 17:46:33 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 28 | Info Hash: 118EB86B2CCCBB2C282856AC27FF2515ADB8D284<br>File Hash: A319BE235C2DE4351DBC9EAE8A2DDC8BBD4B23E031D8A4B0A020E2DE1CAF84C1 | 03/27/2020 17:25:18 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 29 | Info Hash: 9F603D8C63DBB71F9A0412A6272081629F2302B8<br>File Hash: 2C112D6DCF8D71340CEA6FE8DAAB618588311BA0CAD0060E0D830F64E1A4FC89 | 03/27/2020 16:16:31 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 30 | Info Hash: 4B6F7F45A8692DF06FACA9BAC618F623F6C21E68<br>File Hash: 00682071DAEB5CE10C349DA50EEECEFFD395A3FED25E4FAB50E9A15851828228 | 03/20/2020 15:15:49 | Tushy | 03/16/2020 | 04/15/2020 | PA0002244959 |
| 31 | Info Hash: A92F9D314D0018E679B15D122C8271C63C86598A<br>File Hash: DEF5CD86B2B7A3FA62AEA9D540AB623C77B0B30320F50F299AC7EDEC35945CE2 | 03/13/2020 18:27:14 | Vixen | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 32 | Info Hash: 9F8D68BDABE3D283EECD3F376C29C56EBC3CC849<br>File Hash: 91BA45C717F100108ECD34F45E90F48B7AF04FA9C5B0A20A28CED155089957E8 | 03/09/2020 16:37:30 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 33 | Info Hash: F7968383401D1B6675DD2D638D7C4609FE6300EB<br>File Hash: 8DF82EEDAA8BA17D3C9FCB24A7CB387FE248F809D26D6094FEC2CE1435F3435D | 03/09/2020 15:33:50 | Tushy | 03/06/2020 | 04/15/2020 | PA0002244958 |
| 34 | Info Hash: 590A9000C3DC58732156A82C92538A10258C408F<br>File Hash: 1E93EB810B90846A612A322BE3392620001AC3B044BDE91C811FB345866007DC | 03/09/2020 15:16:48 | Blacked | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 35 | Info Hash: A799878765832A277C65FB1F9AD5AE8D594F1ED4<br>File Hash: 644AB34A0CDB356C03C6891C409E39387C6798A62E8CC2B4F90837CCD272F86B | 02/25/2020 05:45:50 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 958ECF53E1E1FF7894A772BF75AD14655879E8E3<br>File Hash: A9B21A0F526F37BAD9DE7420560226D5A79EBBBEDE74B2B824DCF106B742B16C | 02/22/2020 17:13:22 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 37 | Info Hash: A96E15624A7DC7EBC246B11E0E6C448D785EB836<br>File Hash: 5A0ADBA8C9A43A01DEC1C9FE51D16254C2448235709D089A01B227A6AF297A1E | 02/21/2020 15:37:40 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 38 | Info Hash: C9F33CBBA97AD447098DDEBA78E24020D3938C10<br>File Hash: D251B62A82C8F59D740F9B3CB21B829B90D45CBE01F3BA6BF71F5438F3270448 | 02/13/2020 19:16:58 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 39 | Info Hash: 817DC38DAFC342D2CB4E93229E49736BEA5677EC<br>File Hash: EE450DF01A6A7BDA1A798BCED95F3330E09A2EC819F226AB2CC1471C4ADD07E7 | 02/09/2020 12:12:56 | Blacked | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 40 | Info Hash: FFCBC2AA2977112F060895E264167F7BB55FD56F<br>File Hash: 20E417F23823B0BA78ED539D330C6992BB77836528AA53670234A1340F544400 | 02/09/2020 10:38:38 | Blacked | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 41 | Info Hash: 230A6D45AD01B4CC67F19BABB58E68B928C42502<br>File Hash: 0514D07FB08BE468DC58262E31A69232E4D3FF1697271B02E7E5B031B399976B | 02/09/2020 06:59:16 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 42 | Info Hash: 76231454D899B4069C1B148480D5DDA706DA22E4<br>File Hash: 5FBF5BBE258A262C1E6F4ADFE7ABA4598646CEBB3961063018588547E6B5AB92 | 02/09/2020 05:16:48 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 43 | Info Hash: 79B11A923505F1BC77096092FC15A850FB55AC88<br>File Hash: CE9BC48C36CC9FE2559D73BF7923B6D3DA2BA43C5494FD8D18C13EE99C0A558E | 02/09/2020 04:32:54 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 44 | Info Hash: 56502222833E23C38737D072A74A9DACD85BFCC5<br>File Hash: B51C603827041F6D18B85B6C307B539F0249752714E06C7B678DA88026766C1B | 02/09/2020 04:18:54 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 4C3B0F9B5F2EA7CDE8E3FB6708E6F18FEE8FCD78<br>File Hash: 87334121CFE7FF54DBBEDE1CD5174BABE2A323BE1D22D51A3241CF88C2A542C2 | 02/09/2020 04:17:29 | Blacked | 10/07/2019 | 10/21/2019 | PA0002207742 |
| 46 | Info Hash: 6A7CC56612C7572D12536A0E630A8931ACDE98AD<br>File Hash: 22D56C405A0E998CAFE3DE9B6AD81DE751E69263FB698D1F784286B4899445A9 | 02/09/2020 04:02:17 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 47 | Info Hash: 246AAA9C4401D4F5F3CB7E77E2D0250BD501A1DA<br>File Hash: 906A4DEAA80AB7DC31B7D101C0E5421CD70D30B3578A5166299EB47F657CB13A | 02/09/2020 03:44:45 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 48 | Info Hash: B96BCDF4558FFA95A926B8F0957D4832CB123808<br>File Hash: C358AB3FFACF26D8E4A32B5DB6946845E742B47D7CB8E99262F2633056E9268C | 02/09/2020 03:38:51 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 49 | Info Hash: 6D6193F0C057B0F3C18FC0CB3B1A80853041ADED<br>File Hash: 44F413BAED22D9298F3254BD630E26FC5263D42429DEB597D298E72F6438D61D | 02/09/2020 03:28:29 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 50 | Info Hash: 2A308BA700ABF33D118915F4D59EA85116DE8982<br>File Hash: C2259E4C4296E317E6B07284AD43AD7390F12704F4582B76670CE564920CFF38 | 01/25/2020 16:09:36 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 51 | Info Hash: 701FE06D9654E4828136DB0C4DD4A89EADEB1426<br>File Hash: 36C1CFEEFEFF0A95857939B5F484F745C0B5632B9B7506ECE0B844FAC253EF49 | 01/17/2020 18:31:44 | Tushy | 12/12/2019 | 01/03/2020 | PA0002219634 |
| 52 | Info Hash: 254194305771A2DEF077890F3799E6254D15C237<br>File Hash: 3841AF0E91960315C6C622578A0AD2BAAA50A2203C1883D06D262F7651BE460B | 10/04/2019 19:35:12 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 53 | Info Hash: 502A4328F01635F003ABC25667CD56E0ACEF67F8<br>File Hash: A0A1C40524F7CB983DE9B9F87BB347EA335D6BFB55C8DAE91B2CC62F7CDD9634 | 10/04/2019 18:08:56 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 11BE292AF7B6E97B5F5DF01D28694305D92417DA<br>File Hash: 6D2F0AF16950FAA5B78A689DAD0DC66362AEFB1D9655E752A283DD0AEBAED0EF | 08/29/2019 15:20:55 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 55 | Info Hash: 8AF057A71B16809ABB2373C92E2E7B42AA5699EB<br>File Hash: C0181F36C3013FF1D765B265F84D3A0BA0EA45D50138FB714BB392BF125730AF | 08/29/2019 15:14:06 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 56 | Info Hash: FE1338CBCA830E3405AB4200C9EBC6C5093DFBB1<br>File Hash: 7971AB0F46A661F7B4E85333BD8D68AEF8266A8BDE7C4D19BE8BEA6A7A5C7E7F | 05/12/2019 04:06:40 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 57 | Info Hash: 6A3BE07313D1C03371ABCC46EAF6BFE12FE50820<br>File Hash: 620CE75BBCA068FD4939E55ED6508ACA1832F425A4A705AE45DF5AEB037FDC7F | 05/12/2019 03:59:41 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 58 | Info Hash: B95B41C5FF6C43B6485783F76919CC53C34D1449<br>File Hash: 514EADD1B5AB1876994B703CA6B34747939344DA4211437085AEC54127F1ABC1 | 04/25/2019 18:35:20 | Tushy | 04/11/2019 | 05/11/2019 | PA0002173890 |
| 59 | Info Hash: 5267BAE7A58719EA7509A975F14C6E9DDBD99D36<br>File Hash: 6997FE4552D637C420378B2D120BE229F0206CB560517D36E6A1E2B2FE5989A6 | 04/25/2019 18:32:10 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |